UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEX JEANTY,<br><br>               Plaintiff,<br><br>v.<br><br>VERIZON BUSINESS SERVICES INC.,<br><br>               Defendant. | Civil Action No. 1:22-cv-11063 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Verizon Business Network Services LLC (incorrectly named Verizon Business Services Inc.)[1] by its undersigned attorney, hereby discloses that Verizon Business Network Services LLC is a wholly owned subsidiary of Verizon Communications Inc. (a Delaware corporation). Verizon Communications Inc. is publicly traded on the NYSE, NASDAQ, and the London Stock Exchange. No one person or publicly held corporation owns more than 10% of Verizon Communications Inc.'s stock.

                                                       Respectfully submitted,

                                                       VERIZON BUSINESS NETWORK
                                                       SERVICES LLC

                                                       */s/ Christopher B. Kaczmarek*
                                                       Christopher B. Kaczmarek, Bar No. 647085
                                                       Ellen E. Lemire, Bar No. 670994
                                                       LITTLER MENDELSON, P.C.
                                                       One International Place, Suite 2700
                                                       Boston, MA  02110
                                                       Telephone:    617.378.6000
                                                       Facsimile:     617.737.0052
                                                       ckaczmarek@littler.com

Dated: July 1, 2022                                     elemire@littler.com

---

[1] Plaintiff incorrectly named Defendant "Verizon Business Services Inc." The correct name of the corporation was "Verizon Business Network Services Inc." Verizon Business Services Inc. subsequently was converted to Verizon Business Network Services LLC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of July 2022, a true copy of the foregoing document was filed electronically through the Court's CM/ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing, as well as via email and Federal Express upon counsel of record for Plaintiff:

    Daniel R. Ryan, Jr., Esq.
    Law Office of Daniel R. Ryan, Jr.
    30 Massachusetts Avenue, Suite 102A
    North Andover, MA 01845

                                              */s/ Christopher B. Kaczmarek*
                                              Christopher B. Kaczmarek